UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GRACE MILES,  No. 2:08-cv-02575-MCE-DAD

    Plaintiff,

  v.  MEMORANDUM AND ORDER

ROYCE LEE MAKISHIMA and
TERRA ANN MAKISHIMA,

    Defendants.

----oo0oo----

Presently before the Court is Plaintiff's Motion to Withdraw Reference of this action from the bankruptcy court. On November 21, 2008, the bankruptcy court granted Defendants' Motion to Dismiss Plaintiff's case. Accordingly, Plaintiff's current Motion is DENIED as moot.

IT IS SO ORDERED.

Dated: December 17, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1