UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GRACE MILES,                                No. 2:08-cv-02575-MCE-DAD

      Plaintiff,

  v.                                        MEMORANDUM AND ORDER

ROYCE LEE MAKISHIMA and TERRA ANN MAKISHIMA,

      Defendants.

----oo0oo----

On December 18, 2008, this Court denied Plaintiff's Motion to Withdraw Reference as moot. Presently before the Court are Plaintiff's Requests for Leave to File a Motion for Reconsideration and to Correct Case Information. The case has been closed and, for the reasons stated in its prior Order, Plaintiff's current requests are also hereby denied.

IT IS SO ORDERED.

Dated: January 6, 2009

                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE

1