1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  GRACE MILES,                    No. 2:08-cv-02575-MCE-DAD
12           Plaintiff,
13       v.                         **NON RELATED CASE ORDER**
14  ROYCE LEE MAKISHIMA, et al.,
15           Defendants.
    _____/
16
    GRACE MILES,                    No. 2:08-cv-01062-JAM
17
             Appellant,
18
         v.
19
    ROYCE LEE MAKISHIMA, et al.,
20
             Appellees.
21  _____/
22  GRACE MILES,                    No. 2:08-cv-03170-WBS
23           Appellant,
24       v.
25  ROYCE LEE MAKISHIMA, et al.,
26           Appellees.
    _____/
27
28  ///

1

1  The court has received the Notice of Related Cases
2 concerning the above-captioned cases filed January 7, 2009.  <u>See</u>
3 Local Rule 83-123, E.D. Cal. (1997).  The court has determined,
4 however, that it is inappropriate to relate or reassign the
5 cases, and therefore declines to do so.  This order is issued for
6 informational purposes only, and shall have no effect on the
7 status of the cases, including any previous Related (or Non-
8 Related) Case Order of this court.
9  IT IS SO ORDERED.

Dated: January 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2